LEON ZOLLA, Appellant, *v.* YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF BROOKLYN, Respondent.

Second Department, March 1, 1937.

*Harry T. Thurschwell* [*Jules Berg* with him on the brief], for the appellant.

*Elliott W. Smith*, for the respondent.

PER CURIAM. The action is for personal injuries, brought by the plaintiff, a visitor to a tenant on the upper floor of a two-family house, against the assignee of rents, operating the premises

as landlord. Judgment was entered in favor of the defendant after a trial before the court without a jury.

The stairway where the accident happened was under the exclusive control of the tenant, and the landlord is not liable for an injury resulting from a defect in such stairway. (*Kisten* v. *Koplowitch*, 207 App. Div. 642; *Kane* v. *Williams*, 140 id. 857; *Cullings* v. *Goetz*, 256 N. Y. 287.)

The judgment should be affirmed, with costs.

Present — LAZANSKY, P. J., HAGARTY, DAVIS, JOHNSTON and CLOSE, JJ.

Judgment for defendant unanimously affirmed, with costs.